585 A.2d 337
FEDERAL DEPOSIT INSURANCE CORPORATION v.
BIRCHWOOD BUILDERS, INC., ET AL.

July 10, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 260, 573 *A.*2d 182)

585 A.2d 337
SEYMOUR HASS v. DEPARTMENT OF TREASURY,
DIVISION OF TAXATION.

July 10, 1990.

Petition for certification denied.

585 A.2d 337
ROBBIE J. HARDIN v. CANTEEN, INC.

July 10, 1990.

Petition for certification denied.

585 A.2d 337
TO–FITNESS, INC., ETC. v. THE LEMPERT
COMPANY, INC., ETC.

July 10, 1990.

Petition for certification denied.